UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WEBB,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-2211-MMA-WVG<br><br>**ORDER ON JOINT MOTION TO APPROVE TIME CHANGE FOR ATTORNEYS-ONLY TELEPHONIC STATUS CONFERENCE WITH THOMAS F. LANDERS** |

　　　　Pending before the Court is the Parties' April 9, 2021 Joint Motion to Approve Time Change for Attorneys-Only Telephonic Status Conference with Thomas F. Landers ("Joint Motion"). (Doc. No. 11.) The Parties move the Court to reset the time of defense counsel's telephonic Pre-Early Neutral Evaluation Conference ("Pre-ENE") in light of a scheduling conflict preventing counsel from appearing at 9:00 a.m. on Friday, April 16, 2021, per the Court's March 9, 2021 Order (Doc. No. 9). Having reviewed and considered the Parties' submission and defense counsel's availability stated therein, the Court GRANTS the Joint Motion and ORDERS defense counsel to appear telephonically for the Pre-ENE **on Friday, April 16, 2021 at 7:30 a.m.** Chambers will initiate the Pre-ENE Conference and call defense counsel at the telephone number previously lodged. Finally, Plaintiff's counsel

shall telephonically appear for the Pre-ENE Conference with the Court as ordered in the Court's March 9, 2021 Order (Doc. No. 9), **on Friday, April 16, 2021 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: April 9, 2021

Hon. William V. Gallo
United States Magistrate Judge