# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WEBB,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.<br><br>Defendants. | Case No. 3:20-cv-02211-MMA-WVG<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE DEFENDANTS' MOTION HEARING DATE**<br><br>[Doc. No. 19] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to reschedule the hearing date for Defendants' pending motions to dismiss and for judgment on the pleadings. *See* Doc. No. 19. The Court **RESETS** the motion hearing for **July 28, 2021** at **11:00 a.m.** in Courtroom 3D. Briefing will proceed in accordance with Civil Local Rule 7.1.e.

**IT IS SO ORDERED.**

DATE: June 16, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge

Case No. 3:20-cv-02211-MMA-WVG